UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                    ORDER ADOPTING REPORT
                    AND RECOMMENDATION
                 Criminal No. 23-00368 (5) (MJD/ECW)

TONY MICHAEL MELINE,

    Defendant.

Thomas M. Hollenhorst, Assistant United States Attorney, Counsel for Plaintiff.

Daniel Repka, Repka Law, LLC, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated August 2, 2024.  [Doc. 217.]  No objections have been filed to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated August 2, 2024 **[Doc. 217]**; and

2. Defendant's Pretrial Motion for Severance **[Doc. 96]** is **DENIED**.

Dated:  September 30, 2024               s/Michael J. Davis
                                         Michael J. Davis
                                         United States District Court